# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge

Criminal No. 3:25-cr-00040-SMR-SBJ-3 : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Cody Scott Sheese

Gov. Atty(s): Brecklyn P. Carey : ☑ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Abdel Reyes : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☐ In Person ☑ Video Conference : Code Violation/Offense:
☑ All Parties Consent to Video Proceeding :
21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance (1s)
21:841(a)(1), 841(b)(1)(A) Possession with Intent to Distribute a Controlled Substance (10s)
Court Reporter: FTR Gold - 242 : 18:924(c)(1)(A)(i) Carrying a Firearm During and In Relation To a Drug Trafficking Crime (11s)
Interpreter: N/A : 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm (12s)
☐ Interpreter Sworn
21:841(a)(1), 841(b)(1)(B) Possession with Intent to Distribute a Controlled Substance (13s)

Date: July 9, 2025

Initial Appearance Start Time: 1:45 pm    Arraignment Start Time: 1:48 pm    End Time: 1:59 pm

## Initial Appearance

☑ Advised of Rights : ☑ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: September 2, 2025 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: July 23, 2025 : ☑ Indicted in True Name
Reciprocal Discovery due: August 6, 2025 :     True Name:
Pretrial Motions due: August 11, 2025 : ☑ Reading of Indictment Waived
Plea Notification Deadline: August 11, 2025 :     Plea of Not Guilty Accepted as to Ct(s): 1s, 10s-13s
Plea Entry Deadline: August 18, 2025 : ☑ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:    Room:
☐ Released on Bond : Revocation Hearing Set:
☑ Detained : Before:
: Courthouse:    Room:

The Court finds that today's hearing was conducted by reliable electronic means.

/s/ Brian Phillips
Deputy Clerk