IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,                                              ) | Criminal No. 3:25-cr-40 |
| ) | |
| vs.                                                        ) | APPEARANCE |
| ) | |
| CODY SCOTT SHEESE,                       ) | |
| ) | |
| Defendant.                                          ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case for the defendant Cody Scott Sheese.

DATED:   July 10, 2025

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:  (563) 322-8931
TELEFAX:  (563) 383-0052
EMAIL: abdel_reyes@fd.org

By:  /s/ *Abdel Reyes*
     **Abdel Reyes**
     Assistant Federal Defender
     ATTORNEY FOR DEFENDANT

cc: Brecklyn Carey , AUSA

CERTIFICATE OF SERVICE
I hereby certify that on ___7/10/25_____, I electronically
filed this document with the Clerk of Court using the
ECF system which will serve it on the appropriate parties.

          /s/    Natalie Gahan