IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 3:25-cr-40 |
| Plaintiff, ) | |
| ) | <u>UNRESISTED</u> |
| vs. ) | MOTION TO CONTINUE TRIAL, |
| ) | PRETRIAL MOTION DEADLINE |
| CODY SCOTT SHEESE, ) | AND GUILTY PLEA DEADLINE |
| ) | |
| Defendant. ) | |

Defendant Cody Scott Sheese, through counsel, moves for a continuance of the trial currently scheduled for September 2, 2025. Defendant also moves to continue the pretrial motion deadline and guilty plea deadline. In support of this motion, undersigned counsel states:

1. A Superseding Indictment was filed on July 8, 2025, charging Mr. Sheese with Conspiracy to Distribute a Controlled Substance (Count 1), Possession with Intent to Distribute a Controlled Substance (Count 10), Carrying a Firearm During and In Relation to a Drug Trafficking Crime (Count 11), Felon in Possession of a Firearm (Count 12), and Possession with Intent to Distribute a Controlled Substance (Count 13). Trial is currently scheduled for September 2, 2025.

2. This is the first request for a continuance in this matter; trial has not previously been continued.

3. Discovery in this case was received on or about July 22, 2025, and includes approximately 408 pages of written documents, 391 photos, 136 body cam, dash cam, and surveillance videos, social media accounts, and other material available for review solely at the U.S. Attorney's Office. Additional time is necessary to review the discovery with Mr. Sheese

and prepare for trial.

4. Undersigned counsel requests a 90-day continuance of the trial date and a corresponding continuance of the pretrial motion deadline and guilty plea deadline.

5. The defendant has been advised of this request. He is aware of the implications of a continuance on speedy trial calculations and is in agreement with this request.

6. Undersigned counsel has consulted with Assistant United States Attorney Brecklyn Carey, and the government does not resist this motion.

7. Undersigned counsel has contacted Charles David Paul, attorney for co-defendant Jacob Daniel Timmsen, and he joins in the request for the continuance.

8. Undersigned counsel contacted Andrea D. Jaeger, attorney for co-defendant Jacob Daniel Sheley, and she joins in the request for the continuance.

8. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable for speedy trial purposes.

WHEREFORE, the defendant respectfully requests a 90-day continuance of the current trial date, and a corresponding continuance of the pretrial motion deadline and guilty plea deadline.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:  (563) 322-8931
TELEFAX:  (563) 383-0052
EMAIL: abdel_reyes@fd.org

By:  /s/ *Abdel Reyes*
    **Abdel Reyes**
    Assistant Federal Defender
    ATTORNEY FOR DEFENDANT

cc: Breckyln Carey, AUSA
    Charles David Paul, counsel for co-defendant
    Andrea D. Jaeger, counsel for co-defendant

CERTIFICATE OF SERVICE
I hereby certify that on August 11, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
   /s/   Natalie Gahan